IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JOHNNY LEE REED, IV, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 7:18-cv-00164-O-BP |
| FAS PAC STORE, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss (ECF No. 23). Plaintiff's claims are hereby **DISMISSED without prejudice**. The Court further **DENIES** Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 21) and Motion for Stay and Abeyance (ECF No. 29) as **MOOT.**

**SO ORDERED** on this **20th day** of **February, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1